**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**770 The City Drive South, Suite 3300**
**Orange CA, 92868**
**Tel: (714) 621-0200**
**Fax: (714) 621-0277**

UNITED STATES BANKRUPTCY COURT CENTRAL
DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| IN RE:<br>   ALBERT GRANADOS<br><br>                     Debtor(s). | Chapter 13<br>Case No.: 8:08-bk-12088-RK<br><br>Declaration re: non opposition to Motion to Dismiss. |
|---|---|

I declare under penalty of perjury that I am employed by Amrane Cohen, Trustee, I am a citizen of the U.S., I am over the age of 18 years and not a party to the above action. I declare that the foregoing is true and correct.

    1. On  April 23, 2008  , the Debtor(s) filed the within Chapter 13 Case.

    2. On January 12, 2010,  a Notice of Motion and Motion for Order Dismissing this Chapter 13 proceeding for a material default under the plan, i.e. payment arrears, was served by this office on the Debtor(s) and Debtor(s) Counsel (if any).    As of today the arrears are $2,700.00.

    3. The Debtor(s) has not served the Trustee with an opposition to the Motion within the time allowed by Local Rule 9013-1(a)(7)(A).

Executed on February 24, 2010, at Orange, California.

                                                            /s/CHRIS WILLISON
                                                            CHRIS WILLISON

| In re: | | **CHAPTER 13** |
|---|---|---|
| ALBERT GRANADOS<br>6399 MORGAN<br>BUENA PARK, CA 90620 | Debtor(s). | **Case No.:** 8:08-bk-12088-RK |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My busines address is:

770 THE CITY DR. SOUTH, #3300
ORANGE, CA 92868

The foregoing document described as <u>DECLARATION TO DISMISS</u> will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 1/12/2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

GREGORY J DOAN          ecf@doanlaw.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 1/12/2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

ALBERT GRANADOS
6399 MORGAN
BUENA PARK, CA 90620

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/24/2010 | CHRIS WILLISON | /s/CHRIS WILLISON |
|---|---|---|
| Date | Type Name | CHRIS WILLISON |